1  William L. Marchant, State Bar No. 154445
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-Mail: wmarchant@luce.com

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPUS NORTHWEST                      Case No. CV 08-0131 MHP
   | CONSTRUCTION CORPORATION,
12 | and OPUS WEST CORPORATION,          **STIPULATION AND ORDER
   |                                     CONTINUING INITIAL CASE
13 |      Plaintiffs,                    MANAGEMENT CONFERENCE
   |                                     AND RELATED DATES**
14 | v.

15 | OPUS ENVIRONMENTAL, LLC
   | CORPORATION,
16 |
   |      Defendant.
17 |

18        Plaintiffs OPUS NORTHWEST CONSTRUCTION CORPORATION, and

19 OPUS    WEST    CORPORATION    ("Plaintiffs")    and    defendant    OPUS

20 ENVIRONMENTAL, LLC CORPORATION ("Defendant")

21        The parties stipulate that:

22        1.    The parties are in the process of negotiating a settlement of this matter

23 wherein Defendant will choose a new business name that is acceptable to Plaintiffs;

24        2.    Defendant's response to the complaint was due on March 14, 2008, and

25 Defendant has requested an additional three weeks to respond because Defendant has

26 not yet chosen a new name for its company; and

27        3.    The parties have exchanged a draft Settlement Agreement and need

28 additional time to negotiate and finalize a settlement.

1        Therefore, the parties respectfully request that the Court continue the Initial Case

2   Management Conference, currently scheduled for April 14, 2008, and all related dates

3   for at least one month so that the parties can continue settlement negotiations and

4   resolve this matter informally.

5

6   DATED:  March 17, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

7

8                                 By:_____
                                      William L. Marchant
9                                     Attorneys for Plaintiffs

10

11  DATED:  March 20, 2008        KOLISH HARTWELL

12

13                                By:_____
                                      John McCormack
14                                    Attorney for Defendant

15  IT IS SO ORDERED.

16
        The Initial Case Management Conference will be rescheduled to _____,
17
    2008, at _____. m., and all related deadlines are continued accordingly.
18

19
    DATED:  March ___, 2008
20

21
                                  By:_____
22                                    Marilyn Hall Patel
                                      United States District Judge
23

24  3010337421

25

26

27

28