William L. Marchant, State Bar No. 154445
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: wmarchant@luce.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION, and OPUS WEST CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>OPUS ENVIRONMENTAL, LLC CORPORATION,<br><br>Defendant. | Case No. CV 08-0131 MHP<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiffs OPUS NORTHWEST CONSTRUCTION CORPORATION, and OPUS WEST CORPORATION ("Plaintiffs") and defendant OPUS ENVIRONMENTAL, LLC CORPORATION ("Defendant")

The parties stipulate that:

1.  The parties are in the process of negotiating a settlement of this matter wherein Defendant will choose a new business name that is acceptable to Plaintiffs;

2.  Defendant's response to the complaint was due on March 14, 2008, and Defendant has requested an additional three weeks to respond because Defendant has not yet chosen a new name for its company; and

3.  The parties have exchanged a draft Settlement Agreement and need additional time to negotiate and finalize a settlement.

1  Therefore, the parties respectfully request that the Court continue the Initial Case
2  Management Conference, currently scheduled for April 14, 2008, and all related dates
3  for at least one month so that the parties can continue settlement negotiations and
4  resolve this matter informally.

6  DATED: March 17, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8                                 By: _____
                                   William L. Marchant
9                                  Attorneys for Plaintiffs

11 DATED: March 20, 2008          KOLISH HARTWELL

13                                By: _____
                                   John McCormack
14                                 Attorney for Defendant

15 IT IS SO ORDERED.

16 The Initial Case Management Conference will be rescheduled to __May 12__,
17 2008, at __4:00__ p. m., and all related deadlines are continued accordingly.

19 DATED: March 27, 2008

22                                By: _____
                                   Marilyn Hall Patel
23                                 United States District Judge

24 301033742.1

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA