John M. McCormack (State Bar No. 143194)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendant
Opus Environmental, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION, and OPUS WEST CORPORATION,<br><br>    Plaintiffs,<br>    v.<br><br>OPUS ENVIRONMENTAL, LLC,<br><br>    Defendant. | No. CV 08-0131 MHP<br><br>**ANSWER TO COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>Hon. Marilyn H. Patel |

For its Answer in response to Complaint filed by Plaintiffs Opus Northwest Construction Corporation and Opus West Corporation ("Opus Northwest"), Defendant Opus Environmental, LLC ("Opus Environmental") by their undersigned attorneys, aver as follows:

Opus Environmental is without information to admit or deny the allegations of Paragraphs 1-3 of the Complaint and therefore deny same.

As to paragraph 4 of the Complaint, Opus Environmental admits that it is a limited liability corporation having its principal place of business at 540 Bryant Street, Suite 200, Palo Alto, California 94301.

1  Opus Environmental denies the allegations of Paragraphs 5-9 of the Complaint.

2  Opus Environmental is without information to admit or deny the allegations of
3  Paragraphs 10-22 of the Complaint.

4  Opus Environmental denies the allegations of Paragraphs 23-82 of the Complaint.

6  DATED: April 4, 2008

7  Respectfully,

8  KOLISCH HARTWELL, P.C.

11  By: /s/ John M. McCormack
12  of Attorneys for Defendant
    Opus Environmental, LLC