1  William L. Marchant, State Bar No. 154445
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-Mail:  wmarchant@luce.com

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPUS NORTHWEST                       | Case No. CV 08-0131 MHP
   | CONSTRUCTION CORPORATION,
12 | and OPUS WEST CORPORATION,           | **NOTICE OF TENTATIVE SETTLEMENT**
13 |         Plaintiffs,                  |
14 | v.                                   |
15 | OPUS ENVIRONMENTAL, LLC              |
   | CORPORATION,                         |
16 |                                      |
   |         Defendant.                   |
17

18

19      Plaintiffs OPUS NORTHWEST CONSTRUCTION CORPORATION, and
20 OPUS  WEST  CORPORATION  ("Plaintiffs")  and  defendant  OPUS
21 ENVIRONMENTAL, LLC CORPORATION ("Defendant") have agreed in principle
22 to settle this matter and are currently working on fnalizing the settlement with a written
23 settlement agreement.  Plaintiffs have provided a final settlement agreement to
24 Defendant for its approval and signature, and the parties expect to finalize the
25 agreement soon.
26 ///
27
28

Therefore, the parties request that the Court put this matter on the conditional dismissal calendar and vacate the May 12, 2008, Case Management Conference date. The parties request sixty (60) days to finalize the settlement. The parties will notify the Court once the settlement agreement is signed, or if the settlement is not completed the parties will notify the Court and it will reschedule the Case Management Conference and put the case back on calendar.

DATED: May 9, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
William L. Marchant
Attorneys for Plaintiffs

301037671.1

## PROOF OF SERVICE

Opus Northwest Construction, et al. v. Opus Environmental, LLC, Case No. CV 08-0131 MHP

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On May 9, 2008, I served true copies of the following document(s) described as

**NOTICE OF TENTATIVE SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 9, 2008, at San Francisco, California.

_____
Tracy Moyer

1

## SERVICE LIST

2

3 John M. McCormack, Esq.          Attorney for Defendant
KOLISCH HARTWELL, P.C.          Tele.: 650.325.8673
4 260 Sheridan Avenue              Fax:  650.325.5076
Palo Alto CA 94306
5

6

7 301037917.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28