William L. Marchant, State Bar No. 154445
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:  wmarchant@luce.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION, and OPUS WEST CORPORATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OPUS ENVIRONMENTAL, LLC CORPORATION,<br><br>　　　　Defendant. | Case No. CV 08-0131 MHP<br><br>**REQUEST TO VACATE CONDITIONAL DISMISSAL AND SET CASE MANAGEMENT CONFERENCE** |

Plaintiffs OPUS NORTHWEST CONSTRUCTION CORPORATION, and OPUS WEST CORPORATION ("Plaintiffs") and defendant OPUS ENVIRONMENTAL, LLC CORPORATION ("Defendant") had agreed in principle to settle this matter and have been working on finalizing the settlement with a written settlement agreement.  Plaintiffs have provided a final settlement agreement to Defendant for its approval and signature, however Defendant has failed to sign and return the agreement without explanation.  Therefore, the agreed consideration for the settlement has not been provided and the case needs to be set for trial.

Therefore, Plaintiffs request that the court vacate the Ninety Day Conditional Dismissal that was entered on May 12, 2008, and set an initial Case Management Conference with a new disclosure and briefing schedule.

DATED: August 8, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
William L. Marchant
Attorneys for Plaintiffs

301044714.1

2                              Case No. CV 08-0131 MHP
Request To Vacate Conditional Dismissal And Set
Case Management Conference

**PROOF OF SERVICE**

Opus Northwest Construction Corp., et al. v. Opus Environmental, LLC, Case No. CV 08-0131 MHP

  At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

  On August 8, 2008, I served true copies of the following document(s) described as

- **REQUEST TO VACATE CONDITIONAL DISMISSAL AND SET CASE MANAGEMENT CONFERENCE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on August 8, 2008, at San Francisco, California.

_Tracy L Moyer_

## SERVICE LIST

| | |
|---|---|
| John M. McCormack, Esq.<br>KOLISCH HARTWELL, P.C.<br>260 Sheridan Avenue<br>Palo Alto CA 94306 | Attorney for Defendant<br>Tele.: 650.325.8673<br>Fax:  650.325.5076 |