UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION et al,<br><br>       Plaintiff(s),<br><br>  v.<br><br>OPUS ENVIRONMENTAL LLC CORPORATION,<br><br>       Defendant(s). | No. C 08-00131 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |

Pursuant to request of counsel, the parties are hereby notified that a status conference in this matter will be held on **September 29, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A Joint Status Report shall be filed not later than 10 days prior to the conference.

                                                Richard W. Wieking<br>                                                Clerk, U.S. District Court

Dated: August 12, 2008                          Anthony Bowser, Deputy Clerk to the<br>                                                            Honorable Marilyn Hall Patel<br>                                                             (415) 522-3140