**William Luther Marchant**
California Bar No. 154445
Luce, Forward, Hamilton & Scripps LLP
121 Spear Street Suite 200
Rincon Center II
San Francisco, CA  94105
(415) 356-4600

**Michael M. Lafeber**
Admitted *pro hac vice*
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION, AND OPUS WEST CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>OPUS ENVIRONMENTAL LLC CORPORATION,<br><br>Defendant. | Case No. 08-CV-00131-MHP<br><br>~~PROPOSED~~ ORDER<br><br>Date:<br><br>Time:<br><br>Judge:  Hon. Marilyn H. Patel |

This matter is before the court pursuant to Plaintiffs Opus Northwest Construction Corporation and Opus West Corporation's request for entry of the parties' proposed consent decree and judgment (Docket No. 32) and vacation of the of the Court's April 30, 2009 Order and Memorandum granting Plaintiffs' motion for sanctions (Docket No. 33.)  Based on the pleadings, affidavits and documents submitted to this court, **IT IS HEREBY ORDERED** as follows:

    1.    Pursuant to the February 9, 2009 settlement agreement of the parties, the parties proposed Consent Decree and Judgment will be entered pursuant to separate Order for Judgment; and

2.      The April 30, 2009 Order and Memorandum granting Plaintiffs' motion for sanctions is hereby withdrawn and vacated as moot pursuant to the parties' February 9, 2009 settlement agreement.

**IT IS SO ORDERED.**

DATED:  June 2        ,2009

_____
Hon. M
United



2359859v1